UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Mary Dobberpuhl,

    Plaintiff,

vs.

Redline Recovery Services, LLC
and Joe Bender,

    Defendants.

Civil File No. 07-cv-2506 PJS/JJG

**STIPULATION OF DISMISSAL WITH PREJUDICE**

---

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, by their respective undersigned attorneys, that the above-entitled action by Plaintiff may be, and hereby is dismissed on its merits with prejudice, without costs, disbursements or attorney's fees to any party.

Dated: 6/18/2007

**BARRY & SLADE, LLC**

By_____
Peter F. Barry (#0266577)
Attorneys for Plaintiff
2021 East Hennepin, Suite 195
Minneapolis, MN 55413
612-379-8800

**BASSFORD REMELE**
*A Professional Association*

Dated: 6/14/07

By_____
Michael A. Klutho (License #186302)
Attorneys for Defendants
33 South Sixth Street, Suite 3800
Minneapolis, Minnesota 55402-3707
(612) 333-3000