UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

MARY DOBBERPUHL,                                   Civil No. 07-CV-2506 (PJS/JJG)

      Plaintiff,

v.                                                 ORDER OF DISMISSAL

REDLINE RECOVERY SERVICES, LLC and
JOE BENDER,

      Defendants.

---

Based upon the Stipulation of Dismissal With Prejudice filed by the parties on July 8, 2007 [Civil Docket No. 2],

IT IS ORDERED that this action is dismissed with prejudice and on the merits, without costs or disbursements to any party.

Dated: July 9, 2007                                  S/Patrick J. Schiltz
                                                              Patrick J. Schiltz
                                                              United States District Judge